USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__2/17/2026__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY AVINO, et al.,

                             Plaintiffs,

            -against-

JOIN US HK LLC, et al.,

                             Defendants.

25-CV-10703 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

Plaintiffs bring this Fair Labor Standards Act case against Join US HK LLC, Richard Jason Clark, Shane Hathway, and several "ABC Corporations" and "John and Janes Doe" defendants (together, "Defendants"). Plaintiffs have filed affidavits indicating that the named Defendants were served on January 13 or 14, 2026. Dkt. Nos. 57. As a result, each Defendant's deadline to answer was either February 3 or 4, 2026. See Fed. R. Civ. P. 12(a)(1)(A). After no Defendant appeared in this action, the Court ordered Plaintiffs to file a letter by February 10, 2026, indicating whether Plaintiffs or their counsel have been in contact with Defendants or Defendants' counsel about this lawsuit. Dkt. No. 8. In their letter, Plaintiffs reports that "[n]either counsel nor any of the Plaintiffs have been in contact with Defendants or their counsel regarding this lawsuit." Dkt. No. 9. Accordingly, it is hereby ORDERED:

By **March 6, 2026**, Plaintiffs shall move for default judgment against Defendants in accordance with the Court's Individual Rules & Practices (https://nysd.uscourts.gov/hon-margaret-m-garnett). If Plaintiffs' counsel submits calculations in support of any motion for default judgment, Plaintiffs' counsel must email chambers native versions of the files with the calculations. Plaintiffs must file the proposed default judgment order electronically, using the ECF Filing Event "Proposed Default Judgment," for the Clerk's approval.

By **March 11, 2026**, Plaintiffs shall serve Defendants with a copy of the motion by both email if known and by a mail delivery service that provides delivery confirmation and file proof of service on the docket (for both email and mail delivery).

By **April 10, 2026**, Defendants shall file any opposition to Plaintiffs' default judgment motion.

1

Plaintiffs are further ORDERED to serve a copy of this Order on Defendants or their counsel both by email if known and by a mail delivery service that provides delivery confirmation and file proof of service (for both email and mail delivery) by **February 19, 2026**.

Dated: February 17, 2026
      New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge