# Harrison, Harrison & Associates, Ltd.

90 BROAD STREET, 2nd Floor
NEW YORK, NY 10004
TEL. (718) 799-9111
dharrison@nynjemploymentlaw.com

Address all mail to:
110 Highway 35, Suite 10
Red Bank, NJ 07701

March 4, 2026

**VIA ECF**

Honorable Margaret M. Garnett
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: *Anthony Avino et. al. v. Join Us HK LLC d/b/a Hold Fast, et al*
     <u>25-cv-10703-MMG</u>

Dear Judge Garnett:

  Together with Laura M. LoGiudice, I represent Plaintiffs in the above-referenced matter, and we file this letter on behalf of Plaintiffs, to i) provide an update to the Court and ii) request an adjournment of the deadline for Plaintiffs to file their motion for default judgment.

  First, we have been contacted by an attorney, Michael Chong (of the MKC Law Group and Law Offices of Michael K. Chong, LLC) who says that he is being retained to represent two of the three Defendants, namely JOIN US HK LLC D/B/A Hold Fast and Richard Jason Clark (but not Shane Hathaway), and who requested a 30-day extension until April 1, 2026 to file an Answer.

  In addition, with respect to Shane Hathaway it appears that he may no longer be working at the restaurant (where he was served) and that he may need to be served elsewhere.

  In light of the above, Plaintiffs respectfully request that the current deadline to file their motion for default judgment be adjourned *Sine Die*.

  We thank the Court for its attention to this matter.

            Sincerely,

            <u>/s/ David Harrison</u>
            David Harrison, Esq.

cc: All counsel of record (via ECF)

.

GRANTED.  The Court's order dated February 17, 2026, setting a briefing schedule for default judgment (Dkt. No. 11) is VACATED.  Defendants Join US HK LLC d/b/a Hold Fast and Richard Jason Clark are hereby ORDERED to answer, move against, or otherwise respond to the complaint on or before **April 1, 2026**.  Plaintiffs are hereby ORDERED to serve a copy of this Order on Join US HK LLC and Clark or their counsel both by email if known and by a mail delivery service that provides delivery confirmation and file proof of service (for both email and mail delivery) by **March 9, 2026**.  The Court *sua sponte* EXTENDS Plaintiff's deadline to serve Defendant Shane Hathaway until **April 14, 2026.**  The Clerk of Court is respectfully directed to terminate Dkt. No. 16.

SO ORDERED.  Dated March 5, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE