MKC
LAW GROUP

WWW.MKCLAWGROUP.COM
LAW OFFICES OF MICHAEL K. CHONG, LLC

NEW YORK:
32 EAST 57th STREET 8th FL.
NEW YORK, NEW YORK 10022
(212) 726-1104
FAX (212) 726-3104

FORT LEE:
2 EXECUTIVE DRIVE, STE. 240
FORT LEE, NEW JERSEY 07024
(201) 947-5200
FAX (201) 708-6676

*Please Reply to: FORT LEE*

HOBOKEN:
300 HUDSON STREET, STE. 10
HOBOKEN, NEW JERSEY 07024
(201) 708-6675
FAX (201) 708-6676

EMAIL: MKC@MKCLAWGROUP.COM

August 13, 2026

*Via ECF; Total Pages: 1*
Hon. Margaret M. Garnett, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re: Anthony Avino, et al. v. Join Us HK LLC d/b/a Hold Fast, et al.
Docket No. 1:25-cv-10703-MMG

Dear Judge Garnett:

This firm represents Defendants in the above-referenced matter. An in-person Initial Pretrial Conference is scheduled for Tuesday, August 18, 2026 at 9:30 a.m. I have a personal matter that morning that I cannot reschedule. I do not expect to be available until the late afternoon at 4:00 p.m. I therefore submit this letter to respectfully request that the conference be adjourned to another date that is most convenient for the court.

Pursuant to Rule II(A)(1) of Your Honor's Individual Rules and Practices, I have conferred with Plaintiffs' counsel, and they consent to the above request to adjourn the conference to another date. The Parties propose August 19 or 20 at 11:00 a.m. or later, or August 27 in the morning. The Parties also respectfully request that the conference be held virtually (by phone conference or Zoom) to reduce cost and expense. This is Defendants' first request to adjourn the Initial Pretrial Conference.

Thank you for your kind consideration and courtesies.

Respectfully submitted,

/s/ *Michael K. Chong*
Michael K. Chong, Esq.

MKC/da
cc: Plaintiffs' counsel (*via ECF*)

GRANTED. The August 18, 2026 Initial Pretrial Conference is hereby ADJOURNED until **Wednesday, August 19, 2026,** at **11:30 a.m.** At counsel's request, the Court will hold the August 19, 2026 conference remotely, via Microsoft Teams. The public one-touch dial-in for the conference audio is: +1 646-453-4442,,814127130#. Counsel of record will receive a direct Microsoft Teams link via email in advance of the conference. The Clerk of Court is respectfully directed to terminate Dkt. No. 38.

SO ORDERED. Dated August 14, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE