USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/26/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY AVINO, et al.,

Plaintiffs,

-against-

JOIN US HK LLC, et al.,

Defendants.

25-CV-10703 (MMG)

**ORDER SCHEDULING DEFAULT JUDGMENT BRIEFING**

MARGARET M. GARNETT, United States District Judge:

On December 25, 2025, Plaintiffs filed the Complaint in this Court. Dkt. No. 1. On February 6, 2026, the Court issued an order recognizing that Defendants had been served in this matter but had failed to appear and timely answer the complaint. Dkt. No. 8. On March 4, 2026, Plaintiffs' counsel informed the Court that they had made contact with Defendants and requested an extension of time to file their default motions. Dkt. No. 16. The Court granted that request and ordered Defendants to answer, move against, or otherwise respond to the Complaint. Dkt. No. 17. Defendants Join US HK LLC and Richard Jason Clark both appeared in the case on March 12, 2026, Dkt. No. 19, and answered the complaint on April 3, 2026. Dkt. No. 23. Defendants' answer included crossclaims against Defendant Shane Hathaway. Dkt. No. 23 at 21–24. Hathaway failed to appear or respond, either to the Complaint or to his co-Defendants' cross-claims. On April 24, 2026 the Clerk of Court entered a Certificate of Default as to Defendant Hathaway. Dkt. No. 29.

On August 19, 2026, this Court referred the case to Magistrate Judge Katharine H. Parker for a settlement conference. Dkt. No. 41. Plaintiffs and Defendants Join US HK LLC and Richard Jason Clark reached a settlement in principle with Judge Parker's assistance. Defendant Hathaway has still not appeared in this action and appears to be in default.

It is hereby ORDERED that if Defendant Shane Hathaway does not respond to the Complaint and crossclaims or appear by **November 6, 2026**, then by **November 13, 2026**, Plaintiffs, and Defendants Join US HK LLC and Richard Jason Clark on their crossclaims, must file any motion for default judgment in accordance with the Court's Individual Rules & Practices. If counsel submits calculations in support of any motion for default judgment, counsel shall also email native versions of the files with the calculations (*i.e.*, versions of the files in their original format, such as in ".xlsx") to Chambers at GarnettNYSDChambers@nysd.uscourts.gov.

Plaintiffs and the two crossclaiming Defendants shall coordinate to ensure service of a copy of this Order on Defendant Hathaway by a mail delivery service that provides delivery confirmation and/or by in-person service **within two business days from the date of this Order**, and shall file proof of such service **within three business days of the date of this Order**.

In the event any motion for default judgment is filed, the moving party shall serve the

motion papers on Defendant Hathaway by **November 17, 2026**, and file proof of such service by **November 18, 2026**.

It is further ORDERED that Defendant Hathaway may file his opposition to any motion for default judgment by **November 27, 2026**.

Dated: October 26, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge